Case 4:22-cv-04036 Document 57 Filed on 06/29/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENT VU PHAN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 22-4036 |
| | § | |
| THE AURORA MEDICAL CENTER OF COLORADO, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant Dorsett's Motion to Dismiss for Failure to State a Claim (Doc. No. 6), Defendant The Aurora Medical Center's Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss for Improper Venue, and Motion for a More Definite Statement (Doc. Nos. 8, 9, 10); Defendant Go Imaging MRI's Motion to Dismiss for Failure to State a Claim and Motion to Deem Appearance and Answer Timely (Doc. Nos. 27, 37); Plaintff's Motion for Extension of Time, Motion to Request for Medical Recommendation, Motion Requesting Medical Recommendation, Motion Requesting Medical Reconsideration [*sic*], on Plaintiff Injury, another Motion for Medical Reconsideration [*sic*] and Motion Requesting a Hearing (Doc. Nos. 21, 42, 43, 47, 49); and, Judge Sheldon's Memorandum and Recommendation (Doc. No. 51) that the Court grant the Motions to Dismiss for Failure to State a Claim (Doc. Nos. 6, 27). Plaintiff has filed objections (Doc. No. 54) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that Plaintiff has not raised a genuine issue of material fact on her discrimination or retaliations claims. Further, based on Plaintiff's long history of frivolous filings,

the Court declares Plaintiff a vexatious litigant. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 51) is **ADOPTED**; Defendants' Motions to Dismiss for Failure to State a Claim (Doc. Nos. 6, 26) are **GRANTED**; all other pending motions and request for relief are **DENIED AS MOOT** . It is further

ORDERED that before Plaintiff can file any further pleadings with this Court, he must seek, in writing, permission from the Miscellaneous District Judge on duty for the month in which the filing would be made. The Clerk's Office will accept no further pleadings from Plaintiff without the permission of the sitting Miscellaneous District Judge.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this ___29th___ day of June 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE